UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRIDGET WILSON                                                                    PLAINTIFF

V.                                         CIVIL ACTION NO. 3:25-CV-993-KHJ-MTP

EXPERIAN, et al.                                                                DEFENDANTS

ORDER

Before the Court is Magistrate Judge Michael T. Parker's [3] Report and Recommendation. The Court adopts it and denies Plaintiff Bridget Wilson's ("Wilson") [2] Motion for Leave to Proceed in forma pauperis.

The [3] Report concludes that Wilson's financial status "should allow her to pay the filing fee in order to commence this action without undue hardship if given a reasonable amount of time to tender the requisite amount." R. & R. [3] at 2–3. Accordingly, the [3] Report recommends (1) denying Wilson in forma pauperis status, (2) giving her 30 days to pay all costs associated with the filing of this lawsuit, and (3) dismissing this action without prejudice and without further notice if she fails to timely pay those costs. *Id.* at 3.

When no party objects to a magistrate judge's report, the Court need not review it de novo. *See* 28 U.S.C. § 636(b)(1). Instead, the Court can apply the clearly erroneous, abuse-of-discretion, and contrary-to-law standards of review. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The [3] Report notified Wilson that failure to file written objections within 14 days would bar further appeal in accordance with 28 U.S.C. § 636. [3] at 3. Wilson did not object to the [3] Report, and the time to do so has passed. The Court finds that the [3] Report is not clearly erroneous, an abuse of discretion, or contrary to law. So the Court adopts the [3] Report as the opinion of this Court.

For the reasons above, the Court ADOPTS the [3] Report, DENIES Wilson's [2] Motion, and ORDERS Wilson to pay the filing fee within 30 days of the entry of this Order. Wilson may pay the filing fee to the Clerk of Court, United States District Court, 501 East Court Street, Suite 2.500, Jackson, Mississippi 39201. Wilson must specify that the payment is for the filing fee in this case, No. 3:25-CV-993-KHJ-MTP. The Court may dismiss the case without further notice if the Clerk of Court does not receive the filing fee within 30 days.

SO ORDERED, this 6th day of February, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE
